# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 23, 2013

## NO. 03-13-00496-CV

### Seton Family of Hospitals, Appellant

### v.

### Timothy C. Steele, Michael Steele, Sean Steele, and Kerry Steele Harris, Appellees

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, ROSE AND GOODWIN**
**VACATED AND REMANDED -- OPINION BY JUSTICE ROSE**

**THIS DAY** came to be submitted appellant's unopposed motion to dismiss appeal in the above cause, and the Court having fully considered said motion is of the opinion that same should be granted in part. **IT IS THEREFORE** ordered that said motion is granted in part; that the trial court's judgment is vacated and that the cause is remanded to the trial court for rendition of judgment in accordance with the parties' settlement agreement. It is **FURTHER** ordered that each party shall pay the costs of the appeal incurred by that party and that this decision be certified below for observance.